# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-25-00486-CV

**Gloria Carrillo, Surviving Spouse of Octavio Favela, Deceased, Appellant**

**v.**

**Dan Williams Company, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on April 17, 2025. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.